■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHALIFA A. RAHEEM, Appellant. [734 NYS2d 515] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered January 19, 2001, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the fifth degree.

Defendant pleaded guilty to criminal sale of a controlled substance in the fifth degree in full satisfaction of the charges against him and was thereafter sentenced, as part of a negotiated plea agreement, to an indeterminate term of 2 to 6 years in prison. Defendant appeals, contending that his prison sentence is harsh and excessive. Our review of the record discloses no extraordinary circumstances warranting a modification of the sentence in the interest of justice (*see, People v Brooks*, 283 AD2d 776, *lv denied* 96 NY2d 916; *People v Bagot*, 262 AD2d 674, *lv denied* 93 NY2d 1001). Accordingly, we decline to disturb the sentence imposed by County Court.

Crew III, J. P., Peters, Mugglin, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed.